Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

_____ Division

Lloyd Williams
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Pinellas County Sheriff's PCSO ET. AL (see Attached)
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 8:24 cv 270 TPB-CPT
*(to be filled in by the Clerk's Office)*

RCVD - USDC - FLMD - TPA
JAN 29 2024 PM 1:42

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

"Attached Defendants"

Bob Gualtieri (pinellas county shierffs) his "offical capacity" and his "Individual capicity"

Deputy. Dismey (pinellas county shierffs) His "offical capacity" and his "Individual capicity"

Allied officer. Cady on behalf of (pinellas county sherffs) His "offical capacity" and his "Individual capacity"

("pinellas county jail deputys confignment and or medical staff!"

Confignment officer: Deputy (sergeant Dyar / D.L. Dyar #56751)
Confignment officer: Deputy (Cianca #56746)
~~officer~~ : nurse (L.A. Yale #59592)
medical staff: medical director (DR phillip mcconnel)

"Evaluating officers and or" medical staff.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Lloyd Williams
   All other names by which you have been known:
   ID Number:
   Current Institution: Pinellas County Jail
   Address: 14400 49th St N
   Clearwater, Florida 33762
   City, State, Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Bob Gualtieri
   Job or Title (if known): Head Pinellas County Sheriff
   Shield Number:
   Employer: Pinellas County Sheriff
   Address: 10750 Ulmerton Rd
   Largo, Florida 33778
   City, State, Zip Code
   [✓] Individual capacity  [✓] Official capacity

   Defendant No. 2
   Name: Detective O. Disney / Allied officer - Cady — separate people
   Job or Title (if known): Pinellas County Sheriffs / Transport officer
   Shield Number: 59764 / unknown
   Employer: Pinellas County Sheriffs
   Address: 10750 Ulmerton Rd
   Largo, Florida 33778
   City, State, Zip Code
   [✓] Individual capacity  [✓] Official capacity

Defendant No. 3
  Name: D.L. Dyar / Cianca
  Job or Title (if known): PCJ confinement officers
  Shield Number: 56756 / 56746
  Employer: Pinellas county Jail confinement
  Address: 14400 49th St North
  Clearwater     FL     33762
         City        State    Zip Code
  [✓] Individual capacity    [✓] Official capacity

Defendant No. 4
  Name: nurse L.C. Yak # 59592  medical Director Dr. phillip mcconnel
  Job or Title (if known): medical director / nurse
  Shield Number: 59592
  Employer: Pinellas county medical @ Jail
  Address: 14400 49th St N
  Clearwater     FL     33762
         City        State    Zip Code
  [✓] Individual capacity    [✓] Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Transport officer used excessive force to inflict bodily and cause pain and suffering towards my injurys which he rebroke my clavical / collerbone nor did he take me to hospital either did the Jail and medical staff @ Jail

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Because of being aware of injurys and not taken to hospital on both parties side pinellas sheriffs [And jail] nor recieving proper medical treatment! Aresting officer caused injurys - jail waited 3 weeks for x-rays so they could heal plus jail was well aware of injurys - I had to put so many sickcalls in for pain and x-rays when they were well aware!

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On 10/04/23 I was arressted by pinellas caunt sheriff And informed him of my previous injurys how I awaiting Sergury I was not resisting he still put my hands behind my back and applied pressure which caused it to rebrake all over again! Jail was aware As you can see I notified them upon being booked in but still denied it and probaly help delay x-rays plus medication which were well aware!

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

On way to be transported to jail by Arressting/Transport officer and By Booking staff and medical staff At jail because of being aware as you can see in photos and documentation provided the pictures Are as soon as handcuffs were taken off me photos were taken!

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

10/04/23 During my arrest and while being incarcerated Due to improper medical treatment

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Transport/Arresting officer re-broke my previous clavical/collerbone Injury upon first contact. I Informed him I was awaiting surgery nor was I not resisting, he lifted up on my arm while in handcuffs behind my back / medical and booking officers Body cam too. Did not take me to hospital nor give me X-rays or medication for pain for 3-weeks!

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

A Broken/fractured collerbone/clavical I recieved no medical treatment nor pain meds until x-rays were taken! However now I am currently attending physical therapy Think I have 1 more appointment left!
(X-rays were taken 10/30/23)
(Arrest was 10/4/23)

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

"1.7 million" because of pain and suffering I also am suffering from PTSD/Anxiety I have nitemares of reliving the Arrest All over again I am scared of Pinellas County Sheriffs. They Are Suppose to protect and serve our community not cause pain and suffering, towards someone previous injurys and re-broke them after being aware of them! OR my Charges dropped or "Dismissed!"

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✓] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

But only towards pinellas county Jail Staff and deputys Because of being treated improper medically (However Transport officer used accessive force while being Detained and transported to pinellas county Jail!

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[✓] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[✓] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?

Everything I've written and said (See detailed 6 page Summary) I have over 80 or 90 messages on Kiosk + grievances Regarding situation and being told something different Almost everytime!

Page 6 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Pinellas County Jail

2. What did you claim in your grievance?

   Why am I not receiving pain meds or why am I not getting x-rays and why am I not getting surgery done and why won't the Jail release my x-ray records to my family!

3. What was the result, if any?

   I was told I was on list for x-rays and If I need pain meds to put in a sickcall which I previously Already did concerning situation I was told at sickcall until x-rays come back nothing can be done!

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   After grievance process finally head medical personal came to evaluate me and situation finally gave me Ibprofen then next day x-rays were taken But since then Jail will not release x-rays to my family or me saying I must pay for them But I'm indigent so how am I suppose to get them!

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:

    ~~[scribbled out]~~

    N/A

2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

    asking medical to be evaluated by orthopedic Doctor which finally happend months later so they Didnt have to perform surgery which I complained about

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    I wrote Bob gualtheri (Head Shieriff) see attached* trying to resolve this outta court. I wrote and informed my public Defender (Seth Coak) He pulled Body cam footage!

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

[✓] Yes

[ ] No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

(Illinoise) a class action Suite

Page 8 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) Unsure

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Illinois

3. Docket or index number
   Unsure

4. Name of Judge assigned to your case
   Unsure

5. Approximate date of filing lawsuit
   2019 or 2018

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   dismissed

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? no not this incident/But yes to answare your question)

Page 9 of 11

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) __unsure__

   Defendant(s) __unsure__

2. Court *(if federal court, name the district; if state court, name the county and State)*

   __Illinoise federal__

3. Docket or index number

   __unsure__

4. Name of Judge assigned to your case

   __unsure__

5. Approximate date of filing lawsuit

   __2019 or 2018__

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition __unsure__

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __unsure think it was dismissed__

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/19/2024

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Lloyd Kenneth Williams
Prison Identification #: 1943556
Prison Address: 14400 49th St North
Clearwater, Florida 33762
City / State / Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code

Telephone Number: _____
E-mail Address: _____