Lloyd Williams,
    Plaintiff,

                    Case No#. 8:24-CV-270-TPB-CPT

    v.

Bob Gualtieri, et al.,
    Pinellas County Jail

    Defendants.

## Amended Compliant

Defendants: Pinellas County Jail have agreed to release medical Records to my public Defender Seth Cole! The public Defenders is investagating said incident, along with records. Aswell to make the court aware I am in search of an attorney to represent me Reguarding this matter, once my criminal Attorney finally obtains Reords they shall be forwarded not only to my new attorney But you aswell!

My previous civil Rights compaint has been solved. I apolgize I did not understand full process and proceddings of litigation in court. However the orignal complaint

of pinellas county sherffs/Jail Detention and medical staff mistreating me and hiding me in there Jail to let my indurys heal still stands!

## my reliefe I seek

① Surgery

② crimnal charges dismissed

③ 2.7 million dollers $$

I've previously wrote Head Shierff Bob gualtieri because I am representing myself pro-se and Requested he open up a investagation some months ago! I also Just recently wrote to him trying to settle this matter outside of court with the same reliefe options.

submitted Respectfully