<u>Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)</u>

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

__Tampa_ Division

Case No. ___8:24-cv-00270-TPB-CPT___

_(to be filled in by the Clerk's Office)_

___Lloyd Williams___

_Plaintiff(s)_

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-v-

JUN 27 2024 ᵖˤ3:30
FILED - USDC - FL_MD - TPA

___Bob Gualtieri, et, al - pinellas County Jail___

_Defendant(s)_

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

## AMENDED COMPLAINT FOR VIOLATION
## OF CIVIL RIGHTS (Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

Name                                    Lloyd Williams

All other names by which
you have been known:

ID Number                               Docket # 1943556

Current Institution                     (Pinellas County Jail)

Address                                 14400 49th Street N

Clearwater                    FL              33762
*City*                        *State*        *Zip Code*

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s)
listed below are identical to those contained in the above caption.  For an individual defendant, include
the person's job or title *(if known)* and check whether you are bringing this complaint against them in their
individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                    Bob gualtieri (Sheriff)

Job or Title *(if known)*   Head Sheriff

Shield Number

Employer                pinellas county sheriffs administration)

Address                 Building   P.O. Drawer 2500

Largo )       FL        33779
*City*          *State*    *Zip Code*

☑ Individual capacity          ☑ Official capacity

Defendant No. 2

Name                    Pinellas county Jail / medical staff

Job or Title *(if known)*   Detention Staff / medical staff of

Shield Number                        Records

Employer

Address                 14400 49th street N

Clearwater          FL        33762
*City*              *State*    *Zip Code*

☑ Individual capacity          ☑ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                    *City*          *State*        *Zip Code*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                    *City*          *State*        *Zip Code*

    ☐ Individual capacity    ☐ Official capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☐ Federal officials (a *Bivens* claim)

        ☑ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Pinellas county Jail medical records / They were refusing me or my family obtaining said X-rays, orthopedic results unless I waive any or all claims I may have against Pinellas county Sheriffs, servants or employees! Since the my public Defender Seth Cole is investigating matter, And has gotten Records!

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Previously forwarded to you medical records Release stated in order for me or myfamily to obtain medical Records I had to dismiss or not hold pinellas county Sheriffs Liable/meaning dismiss current Suites 'Since then my public Defender is investigating matter and trys to get medical Records and bodycam incident of re-Injuring me!

III.   **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV.   **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Date of Arrest 1/04/23 Arresting officer previously stated was aware of injurys upon first contact and because I wouldn't tell or snitch on anyone he put hands behind back and lifted up on arm on way to cruiser and re-broke my clavical/collar bone/Jail want release medical Records only to my PD because of being under investigate

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

Date of incident 10/04/23 at arrest
(See previous for further Details)

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Arresting officer rebroke my previous injurys used accessive force to inflict bodily harm to re-injure me, my public Defender Seth Cole Just recently got body cam footage of incident and x-rays, medical records!

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

re-injured and fractured my clavicel/collerbone, x-rays performed 10/30/23 At Pinellas county Jail state and show new acute fracture

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

because of the pain and suffering to inflict ~~bodily~~ bodily harm to injure me and hide it, PTSD I'm asking the courts for $1.7 million Dollers for pumitive, PTSD, surgery which needs to be done! I've recently wrote Head shieriff Bob Gualtieri And told him to Drop my charges release me and pay for my surgery or (My freedom + $$ 100 thausand dollers. I seek justice

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

yes Do to me being booked in jail, I notifying nurses and guards of injurys that occured on arrest, Ive also submitted alot of grievances and medical requests, also recently have been Denied my own medical records unless I agree to not hold sheriffs or any of its servants liable or responsible.

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

About my injurys and regarding grievances. Also being Denied my medical records until my public Defender opened up a investigation to obtain said records.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

I filled humerous grievances/camplaints Reguarding matter! get records from my tablet or grievances you shall see

2.  What did you claim in your grievance?

① That I was in dyeing pain and need x-rays and medical attention/pain meds that the way I'm being treated is cruel & unusual punishment Jail was well aware of injurys, Also grievances concerning my medical records!

3.  What was the result, if any?

Different answares being ran around in circles But eventually head Docter came to see me and apoligized and said I will now be getting the help I need and x-rays are ordered 3 weeks later.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

grievance Results were all Different getting different answares Ran around in circles told different things.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

Put in for nurse calls continually until I noticed nothing was being accomplished.

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Upon me first being booked in jail, see incident report and pictures I informed booking officers + medical staff prevously stated thier names in orighall written up suite!

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I have so many grievances and recently I wrote Head Sheriff Bob gualtieri) to try and work a aggrement out to settle this outside of court, but have heard nothing Back, I also tryed to obtain medical Records from Jail. But they posetth cole had to ever get them!

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*
    _____

3.  Docket or index number
    _____

4.  Name of Judge assigned to your case
    _____

5.  Approximate date of filing lawsuit
    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? yes in Illinoise

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)   ~~Vanderburg County Jail~~ Lloyd Williams g etc
     Defendant(s)   Vanderburg County Jail                    ( Inmates

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     Illinoise

3.   Docket or index number
     unsure

4.   Name of Judge assigned to your case
     unsure

5.   Approximate date of filing lawsuit
     2016 - 2019

6.   Is the case still pending?
     ☐ Yes
     ☑ No

     If no, give the approximate date of disposition     unsure

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     unsure I left action!

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   6/23/24

Signature of Plaintiff   _Lloyd N Williams_

Printed Name of Plaintiff   Lloyd N Williams

Prison Identification #   #1943556

Prison Address   14400 40th Street N

| | | | |
|---|---|---|---|
| Clearwater | | FL | 33762 |
| *City* | | *State* | *Zip Code* |

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

| | | | |
|---|---|---|---|
| | *City* | *State* | *Zip Code* |

Telephone Number   _____

E-mail Address   _____

*Obtaining medical Records.*

DANA WORRELL
Criminal Investigator
Public Defenders Office
14250 49th Street North
Clearwater, FL 33762



Ph:727-464-8141
Fax:727-464-6119

**Sara Mollo**
**Public Defender**
**Sixth Judicial Circuit of Florida**
www.flpd6.com

May 15, 2024

LLOYD KENNETH WILLIAMS
BOOKING NUMBER: SO1943556
CEN-4C4-UN04-U4-003

RE: LLOYD KENNETH WILLIAMS - PID: 2356386
    23-09584-CF

Dear Mr. Williams:

My name is Dana Worrell and I am an Investigator with the Public Defender's Office.

Your Attorney, Seth Cole, has requested that I obtain your medical records from the Pinellas County Jail to help aid in your criminal defense.

Enclosed please find the necessary release of information forms that are required in order for them to release your records to me.

Please ONLY sign your name on the forms where I have indicated and return to me in the enclosed envelope ASAP.

If you have any questions or concerns, please contact me at the number listed above.

Sincerely,

DANA WORRELL
Criminal Investigator for Assistant Public Defender Seth Cole

**ATTORNEY/CLIENT PRIVILEGE APPLIES**

Case 8:24-cv-00270-TPB-CPT Document 11 Filed 06/27/24 Page 13 of 21 PageID 85

*Medical Records Requested copy*



| | | |
|---|---|---|
| Pinellas County Jail | | 4/25/2024 10:35:56 AM EDT |
| 14400 49th Street, North | | |
| Clearwater, FL 33762 | | |
| Phone: 727-464-6415 Ext. 49151 Fax: 727-464-7913 | | |

## EXTERNAL ROI - Completed by: Lori A. Katsouris Admin. Coordinator on 4/25/2024 10:35:45 AM EDT

| | | |
|---|---|---|
| **Patient:**WILLIAMS, LLOYD KENNETH | **#:**436623 (1943556) | **Lang:** |
| **DOB:**10/3/1989 (Age=34) | **Sex:**M | **Race:**W |
| **Housing:**CEN-4C4-UN04-U4-003 | **SSN#:**\*\*HIDDEN\*\* | **Type:** |
| **Status:**ACTIVE | **Booking Date:**10/4/2023 7:05:00 PM EDT | **Release:** |

English

**Custodian of Medical Records:**

**Pinellas County Sheriff's Office**

**14400 49th Street, North**

**Clearwater, FL 33762**

Send Records To:

Lloyd Williams  Reference # 125190-042224

☑ I hereby authorize the Records Custodian of Medical Records owned by the Pinellas County Sheriff to provide me
with a copy of my medical records as indicated below, and agree to accept responsibility for payment of
any fees associated with the reproduction of said records.

**Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care, and specifically the following:**

- ☐ Admission/Discharge Summaries
- ☑ Laboratory Results/X-Ray(s)
- ☐ Immunization History
- ☐ Psychiatric Summary Report
- ☐ Medications
- ☐ Special Studies Reports
- ☐ HIV Test Results (and HIV/AIDS related)
- ☐ Drug Treatment History and Counseling Reports
- ☐ Operative Summary Reports
- ☑ Other Records

WILLIAMS, LLOYD KENNETH 436623 (1943556)

Case 8:24-cv-00270-TPB-CPT   Document 11   Filed 06/27/24   Page 14 of 21 PageID 86

Please List Records Here, if "Other" is Selected Above:

R. Clavicle x-ray 10/30/2023, PT notes 12/15/23, 12/20/23, 1/18/24, Consult notes PMA 12/4/23, 1/29/24

This information shall remain in full force and effective until withdrawn by me in writing. I understand that disclosure of my personally identifiable health information may no longer be protected by Federal Laws or regulations, and may be subject to re-disclosure by the recipient. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

The Pinellas County Sheriff's Office shall not condition treatment on signing the authorization.

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

I hereby authorize and request the custodian of my medical records with Pinellas Co Jail
to make available for inspection and copying records related to the course of treatment as a patient of
Pinellas Co Jail .

The authorization includes release of the following:

1. Any and all records pertaining to the diagnosis, care, and treatment for psychiatric or mental health related conditions, subject to the confidentiality requirements by the Health Insurance Portability and Accountability Act of 1996 (HIPAA); and 45 C.F.R. Part 164, Subpart E.

2. Any and all records pertaining to the diagnosis, care, and treatment of alcohol use or abuse, subject to the confidentiality requirements established by the Health Insurance Portability and Accountability Act of 1996 (HIPAA); and the Federal Comprehensive Alcohol Abuse and Alcoholism Prevention Treatment and Rehabilitation Act of 1970 (Public Law 91-616, Section 333);

3. Any and all records pertaining to the diagnosis, care and treatment of substance abuse or addiction, subject to the confidentiality requirements established by the Health Insurance Portability and Accountability Act of 1996 (HIPAA); and 42 C.F.R. Part 2, Subpart A;

4. Any and all records pertaining to the diagnosis, care, and treatment of Human Immunodeficiency Virus, its

WILLIAMS, LLOYD KENNETH 436623 (1943556)

complications and sequelae, including ARC and AIDS, to include HIV test results subject to the confidentiality requirements established by the Health Insurance Portability Act of 1996 (HIPAA); and the Omnibus Aids Act of 1988.

I understand that this authorization shall constitute a waiver of any and all claims I might have against Pinellas Co Jail or any of its agents, servants, or employees, as a result of their compliance with this request. Neither Pinellas Co Jail nor any of its agents, servants or employees shall have any responsibility for any actions or omissions concerning said records, or their release after the records are made available as I have hereby authored and requested.

Purpose for which information may be used:

Personal

This authorization is valid until: 4/24/2025 unless revoked by me in writing prior to this date. Written revocation is effective immediately upon receipt of said request, except to the extent that action has already been taken to comply with the request.

I understand that I am entitled to a copy of this authorization.

Signature of Patient

Date:

Completed By lkatsouris

WILLIAMS. LLOYD KENNETH 436623 (1943556)

① ✳ "original Accident on Arrest!" ✳

On 10/04/23 the detainee/transport officer "✗ pinellas county shierff, Allied officer. Cady" who brought me to pinellas county Jail performed accessive force and police brutality to inflict pain and cause me suffering to my previous injury's that he was well Aware of! Upon first making contact with Him I informed him of my clavical/collerbone being messed up I was awaiting to have surgery! I was not resisting nor was I charged with any type of resisting and was being cooperative However because me starting nothing is mines nor in my name officer became red in the face eyes became hudge, I noticed he was furious/mad! He then placed my hands behind my back I was begging him to please put them infront on the way to the shierff partrol/transport vehicle upon getting in cop car. he applied pressure on my right hand and lifted up causing pressure on my previous injurys. I then felt a snap/fracture accure! x-rays from Jail on (10/30/2023) Show a fracture per orthopedic results and doctor, I am currently Attending phyiscal therpy. I have before x-rays from Bayfront hospitail plus new ones from Jail plus my Attorney has submitted Body cam/Dash footage!



When I got into cop car I was screaming
and bouncing around in pain and agony. When
he opened door to ask me if anything was
mines I informed him I think I rebroke
something from what you did he didn't care
he overturned that just to ask me is the
money your's and whats the code to the
safe I then said nothing is mines he
shut the door with zero concern towards my
injurys or my safety and well being! He could
have put my hands infront or put two set
of handcuffs behind my back plus he was
suppose to take me to hospitel But Did not.
upon being booked in (PCJ Jail) All of a sudden
Detectives came up and handed a siezure list
on a table I told them and booking officers
of my injurys, As you can see in pictures! Then
switched officers to hide incident because they
knew they did something wrong.
    Detectives name is O. Dismey 59764 (Declarente
he was apart of this and help      311039946
    hide he was on scene at time of arrest.
I am screwed up for life I just got the
feeling back in my hand and fingers (right har
my whole right shoulder my posture looks
like its deformed I'll never be able to have
full use of it



Also in Booking At pinellas county Jail I informed Booking officers that I was injured and need to go to hospital that I was in severe pain! medical and Booking officers stated I will be treated properly in Jail this is inhumane and cruel and unusual puinsment 3 and a half weeks for x-rays from the Jail. I have so many grievances and messeges on my tablet or via the Kiosk At the Jail, proff to back my story up probaly 80 or 90! Before my aresst I was prevosily in a scooter accident hitting a telephone pole going 55-60 mph 5 months before my arresst. The Jail has had me on noproxan to reduce swelling and for pain for almost two months! Transport officer caused me severe bodily harm to inflict pain and suffering upon detaining me, which is a form of battery and police brutality!! I seek Justice I hope and prey this officer never does this to anyone again! I actually want criminal charges pressed on him for felony Battery to cause bodily harm because of my injury's and Im messed up for life? plus Because of his actions I suffer from PTSD/anxiety/pain and suffering I have nitemares Im so terrified of police and



Pinellas county shieriffs because of what happend! I also seek punitive Damages and monatary relieve asking for 1.7 million dollers or what ever Court deems neccesary to be evaluated and determined by Courts and or Attorneys? I'll never be able to work as hard as I use to or have a funcuning right clavical my posture is penminantly screwed up my whole shoulder looks and is deformed!! Because of medical staff having knowledge and well aware of my injurys they were suppose to have take me to hospital, But Did not! Until my x-rays on October 30th when they seen I had an fracture only then did they willingly provide me meds for pain, Before then I had to beg! I signed up for so many sickcalls reguarding being in pain and sweating at night having internaixes, But nothing has been done when I seen the sine doctor in reguard to my ptsd/Anxiety nor pain until x-rays nurse Yale actually seen me at a sidccall. and said she seen nothing wrong or swellin to my injury's prior to x-rays, next sickcall head nurse/medical director instatly seen it and put me on "tylenol" for pain I started crying he stated We are going to get

x-rays there is a process I thanked him and said why was the last nurse rejecting my me he then shook his head and stated what matters now is your getting the help! The Jail and medical staff was well aware of my injurys upon being booked into Jail as you can see in the pictures, I have all the proof and documentation. The Jail and medical staff should have willingly gave me stuff for pain and put me on list for x-rays, I should not of had to put in so many sick calls reguarding the same situation to get help! This is inadequate to the point of malpractice it has caused me pain and suffering deerly I dont want this to ever happen to anyone again

I have forwarded copys of previous medical Records request and also letter from public Defenders office. Investagator to Obtain any and all said medical Records reguarding my claims only threw my public Defender would Jail release records.

Also previously I have wrote Head sheriff Bob gualtieri and offerd a offer to Settle this outside of court But no re-ply, If I get a response or an aggreement I will notify court!

Submitted Respectfully

H