Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

JAN 2 2025 PM 2:54
FILED - USDC - FLMD - TPA

Case No. 8:24-CV-270-TPB-CPT
*(to be filled in by the Clerk's Office)*

Lloyd Williams

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

"Third Amended complaint"

✱ See Attached ✱

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                            Lloyd Williams

All other names by which you have been known:

ID Number                       #1943556

Current Institution             ~~The James St~~ PCJ

Address                         14400 49th Street N

                                Clearwater          FL          33762
                                *City*          *State*          *Zip Code*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                            Allied officer Cady, on behalf of PCSO Dshmey
Job or Title *(if known)*       Transport deputy PCSO Sheriff
Shield Number                   unknown
Employer
Address                         Pinellas County Sheriffs office

                                *City*          *State*          *Zip Code*
                                ☑ Individual capacity    ☑ Official capacity

Defendant No. 2
Name                            L. Yale
Job or Title *(if known)*       medical staff / nurse
Shield Number
Employer                        medical staff member (PCJ)
Address                         14400 49th street N

                                clearwater          FL          33762
                                *City*          *State*          *Zip Code*
                                ☑ Individual capacity    ☑ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name                           Deputy Cianca
    Job or Title *(if known)*   Detention staff
    Shield Number             567446
    Employer                  PCS Jail Detention
    Address                  14400 49th Street N
                           Clearwater    FL    33760
                           *City*         *State*        *Zip Code*
                       [✓] Individual capacity   [✓] Official capacity

Defendant No. 4
    Name                           Sergeant: DYAR
    Job or Title *(if known)*   Sergeant PCJ Staff
    Shield Number             56751
    Employer                  Pinllas County Jail
    Address                  14400 49th Street N
                           Clearwater    FL    33760
                           *City*         *State*        *Zip Code*
                       [✓] Individual capacity   [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See attached paper on what each defended did to be held responsible due to me being an inmate.*

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*See attached*

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

*See attached*

C.      What date and approximate time did the events giving rise to your claim(s) occur?

*see attached*

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*see attached*

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

broken clavical and collerbone deformity for life

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1.7 million dollers and surgery

*see attached*

**VII.   Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

See attached

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

any and all see attached

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

on Kiosk

2.    What did you claim in your grievance?

how I need x-rays and something for pain and need to see doctor

3.    What was the result, if any?

getting ran around in circles

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

put in more grievances, but different answers!

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here:



    2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:



G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.



*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
 No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.    Parties to the previous lawsuit

       Plaintiff(s) _N/A_

       Defendant(s) _____

   2.    Court *(if federal court, name the district; if state court, name the county and State)*

       _____

   3.    Docket or index number

       _____

   4.    Name of Judge assigned to your case

       _____

   5.    Approximate date of filing lawsuit

       _____

   6.    Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition. _____

   7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

       _N/A_

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

       Yes    Indiana

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit
       Plaintiff(s)
       Defendant(s)    Vanderburg county Jail

2.    Court *(if federal court, name the district; if state court, name the county and State)*
       being held in a different state!

3.    Docket or index number
       unsure

4.    Name of Judge assigned to your case
       unsure

5.    Approximate date of filing lawsuit
       2018

6.    Is the case still pending?
       ☐ Yes
       ☑ No

       If no, give the approximate date of disposition

7.    What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*
       I dismissed my part of class action suite!

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/30/24

Signature of Plaintiff    Lloyd Williams

Printed Name of Plaintiff    Lloyd Williams

Prison Identification #    1043556

Prison Address    1400 49th Street North

Clearwater            FL        33762
                     City            State        Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City            State        Zip Code

Telephone Number    _____

E-mail Address    _____

①

On 10/04/23 the detainee/transport officer "x pinellas county shierff, Allied officer. Cady" who brought me to pinellas county Jail performed accessive force and police brutality to inflict pain and cause me suffering to my previous injurys that he was well Aware of! Upon first making contact with Him I informed him of my clavical/collerbone being messed up I was awaiting to have surgery! I was not resisting ner was I charged with any type of resisting, and was being cooperative However because me sterting nothing is mines ner in my name officer became red in the face eyes became hudge, I noticed he was furious/mad! He then placed my hands behind my back I was begging him to please put them infront on the way to the shierff patrol/transport vehicle upon getting n cop car. he applied pressure on my right hand and lifted up causing pressure on my previous injurys. I then felt a snap/fracture accure! X-rays from Jail on (10/30/2023) show a fracture per orthopedic results and doctor, I am currently Attending phyiscal therpy. I have before x-rays from Bayfront hospitel plus new ones from Jail plus my Atterney has submitted Body cam/Dash footage!



When I got into cop car I was screaming and bouncing around in pain and agony. When he opened door to ask me if anything was mines I informed him I think I re-broke something from when you did he didn't care he overturned that Just to ask me is the money your's and whats the code to the safe I then said nothing is mines he shut the door with zero concern towards my injurys or my safty and well being! He could have put my hands infront or put two set of handcuffs behind my back plus he was suppose to take me to hospitel But Did not. Upon being booked in (PCJ Jail) All of a sudden Detectives came up and handed a siezure list on a table I told them and booking officers of my, injurys, As you can see in pictures! They switched Officers to hide incident because they knew they did something wrong.

Detectives name is O. Disney 597164 (Declarent# 310399460 he was apart of this and help hide he was on scene at time of arresst. I am screwed up for life I Just got the feeling back in my hand and fingers (right har my whole right shoulder my posture looks like its deformed I'll never be able to have full use of it



Also in Booking At pinellas county Jail I informed Booking officers that I was injured and need to go to hospital that I was in severe pain! medical and Booking officers stated I will be treated properly in Jail this is inhumane and cruel and unusual punishment. 3 and a half weeks for x-rays from the Jail). I have so many grievances and messeges on my tablet or via the Kiosk At the Jail, proff to back my story up probaly 80 or 90! Before my aresst I was prevosily in a scooter accident hitting a telephone poble going 55-60 mph 5 months before my arresst. The Jail has had me on naproxan to reduce swelling and for pain for almost two months! Transport officer caused me severe bodily harm to inflict pain and suffering upon detaining me, which is a form of battery and police brutality!! I seek Justice I hope and prey this officer never does this to anyone again! I actually want criminal charges pressed on him for felony Battery to cause bodily harm because of my injury's and Im messed up for life? plus because of his actions I suffer from PTSD/anxtety/pain and suffering I have nitemares Im so terrified of police and



Pinellas county Sheriffs because of what happend!
I also seek punitive Damages and monatary
relieve asking for 1.7 million dollers or what
ever court deems neccesary to be evaluated and
determined by courts and or Attorneys? I'll
never be able to work as hard as I use to
or have a funcuning right clavical my posture
is penninantly screwed up my whole shoulder looks
and is deformed!! Because of medical staff
having knowledge and well aware of my injurys
they were suppose to have take me to
hospital, But Did not! Until my x-rays
on october 30th when they seen I had an
fracture only then did they willingly provide
me meds for pain, Before then I had to
beg! I signed up for so many sickcalls
reguarding being in pain and sweating at
night having intemares, But nothing has been
done when I seen the sine doctor in reguard
to my ptsd/Anxiety nor pain until x-rays
nurse Yale actually seen me at a sidccall
and said she seen nothing wrong or swellin
to my injurys prior to x-rays, next sickcall
head nurse/medical director instatly seen it
and put me on "tylenol" for pain I started
crying he stated we are going to get

x-rays. there is a process I thanked him
and said why was the last nurse rejecting
my me he then Shook his head and
Stated what matter's now is your getting
the help! The Jail and medical staff was
Well aware of my injurys upon being
booked into Jail as you can see in the
pictures, I have all the proof and documen-
tation. The Jail and medical staff
Should have willingly gave me stuff for
pain and put me onlist for x-rays, I
Should not of had to put in so many sick
calls reguarding the same situation to
get help! This is inadequate to the point
of malpractice It has caused me pain and
Suffering deerly I don't want this to
ever happen to anyone again

( Lloyd Williams )
**Plantiff**
vs,

( Case # 8:24-CV-270-TPB-CPT )

" Allied officer cody, on behalf of "
PCSO Deputy Dishmey, — Transport officer

" pinellas county jail medical staff : "
nurse : L Yale

" PCSO Jail staff members "
    Deputy : Clanca 56746
    Sergeant Dyar    56751
    Lietunant Peterson 55629

**Defendants,** ↑

Plaintiff Williams moves before court turning focus
to the specific Defendants who Are directly
Responsible for injurys and or medicle staff
deprived plaintiff of adequate medical care and or
surgery while being held or in custody of
the pinellas county jail.
        Because Sheriff Gualtieri cannot be
liable for actions or omissions of his employee's on
theory of respondeat superior (see Monell, 436 US at 694)
Williams plaintiff has dismisses any and all
claims against sheriff Bob Gualtieri.

# ✳ "Relief Plaintiff Seeks" ✳

Plaintiff Williams seeks monetary value the sum of $1.7 Million DOLLERS in total for pain and suffering, cruel and unusal punishment and inadgeate medical treatment or services! Also Surgery Due to Williams Deformity...

✳ Plaintiff seeks $700,000 seven Hundred thousand dollers from "transport officer Allied officer cady, on behalf of PCSO Deputy Dishmey", plus surgery Due Williams deformity

✳ Plaintiff seeks $500,000 Five hundred thousand dollers from "medical Department and nurse L.Yale" for pain and suffering, cruel and unusual punishment and inadgeate medical treatment or services, Plus surgery Due to Williams deformity.

✳ Plaintiff seeks $500,000 five hundred thousand Dollers From Pinellas county Jail in its offical and indivial capacity due to Deputys cruel and unusal punishment, pain and suffering and negligence on behalf of defendant deputys named. Plaintiff also seeks surgery Because of Deformity and being in custody of Pinellas county Jail...



# *Defendants List*

"Allied officer Cady, on behalf of"
(PCSO) Deputy Dishmey - Transport officer

"Pinellas county Jail medical staff"
    NURSE: L. YALE

"PCSO Detention/Jail staff members"
    Deputy: Clanca 56746
    Sergeant: DVAR   56751
    Lietunant: Peterson 556629

( * Attached Page of DEFEND-ANTS
Amedmended Complant #3 )  *

# *Claims against Allied officer cody*

Plaintiff Lloyd Williams is now pursuing excessive force and police brutality towards transport officer "Allied officer cody, on behalf of PCSO Deputy Dishmey" Transport officer who caused bodily harm to inflict pain towards a injury to cause suffering and pain which resulted in a new fracture (see x-rays done on 10/30/23 at pinellas county Jail which show a acute fracture!

Upon first contact with "transport officer Allied officer cody, on behalf of PCSO Deputy Dishmey Plaintiff Williams ~~notified~~ notified him of previous injurys officer was negligent towards injurys applying pressure of previous injurys using excessive force lifting up on detained Williams arms while in handcuffs to cause pain and suffering, While helping Williams in patrol car officer lifted Williams hands very far up this time thats when I felt it break. My clavical and collarbone previous injury, now was broken again at the hands of Allied officer cody, on behalf of PCSO Deputy Dishmey. Williams was not resisting and was being cooperative see x-rays it shows new fracture officer was unjust. Williams notified officer But officer did nothing inmate Williams had to notify pinellas county Jail and did so immediatly upon arrival pictures were taken.

# *Claims against Allied officer Cady*

on those forms submitted to you I've requested the officers names and I'm forwarding the information to you. I've requested the transport officer name and this is information the pinellas county sheriffs office gave me. I don't know why they are with holding officers name!

# * Claims against Nurse yale and *
## medical staff In Pinellas county
Jail and inadquate medical treatment!

upon being booked into PCJ staff member
was informed of my injurys that accured
see pictures of said incident! Why did defendant
have to Wait from 10/4/23 until 10/30/23 for
x-rays, then another 2 months for orthopedic
doctor to come and see him! Nurse yale was
aware of injurys upon Williams arrival
and should have sent him to hospital
were he could have had surgery instead of
depriving him of proper medical attention waiting
almost a month for x-rays When they should
have been ordered after documented incident
Plaintiff Wilhams should not of had to put
in countless sickcalls or gnevences to get
x-rays and proper medical treatment. If
Wilhams was treated properly medicaly he
would have seen orthopedic doctor in a timely
manner and had xrays, this should not
have been draged out, Plantiff Wilhams was
treated cruel because of him being a
inmate and is defamed for life because
of said that occured. orthopedic docter said
at first visit 3 months after being booked in
Jail and incident, If he had gotten to
me sooner he would have done surgery so
I'm stuck like this for life!



# *PCJ Jail Staff Claims*

Upon being booked into PCJ staff member Deputy Clanca #56746 was notified and informed of my injurys, pictures were taken of my swollen clavicale / collarbone. Pinellas County Jail should have sent me to hospital right then before admitting me into Jail) sergeant D Dyar #56751 was on shift and in charge at present time. These people are responsable for not sending me to hospital and following proper protical and policy! Also played a part in me not getting x-rays for almost a month.

Before accepting me into custdy Sergeant: DYAR / Division commander: captain Naper / shift commander: Lietenant Peterson / Bureau commander: colonel carey Are all responsable and played a part in this act and were on Shift working during my intake process. Someone should have sent me to hospital to be accessed properly and medicaly treated properly. This is cruel and unusal punisment Just to help the sheriffs office hide incident, medical, Jail staff, And sherffs officers all working together!

12/18/23, 9:50 AM                                            Incident Report

# DDC Incident Detail Report
Report Number: DDCI-295014
Incident Date: **10/4/2023 1908**
Report Type: General
Division: **CENTRAL DIVISION**

## Incident Information
| | | | |
|---|---|---|---|
| **Primary Incident Nature:** | INJURY PRIOR | **Incident Location:** | Intake Receiving |
| **Secondary Incident Nature:** | MEDICAL | **Date/Time Occurred:** | 10/4/2023 1908 |
| **Tertiary Incident Nature:** | | **Date/Time Reported:** | 10/4/2023 19:16 |
| **Serious Incident Report:** | N  CRT: N | **Evidence/Contraband Dispo:** | Two photographs |

## Subjects Involved
| Position | First Name | MI | Last Name | Docket/PR | Sex | IM Housed | IM Relocated | Involvement |
|---|---|---|---|---|---|---|---|---|
| Deputy | | | Cianca | 56746 | | | | REPORTING PERSON |
| Sergeant | D. | L | DYAR | 56751 | F | | | STAFF MEMBER |
| Registered Nurse | L. | A | YALE | 59592 | F | | | NURSE |
| | LLOYD | L | WILLIAMS | 1943556 | M | CSOD-INTAK-REC | PROCESSING | INMATE |

## Narrative
Williams, Lloyd
<mark>Allied Officer Cady, on behalf of PCSO Deputy Dishmey</mark>
Six counts of (F) Trafficking in Methamphetamine, (F) Possession of Controlled Substance and (F) Possession of Marijuana
Pain in right shoulder (no visible injuries seen)
Evaluated and accepted by Nurse Yale
Two photographs were taken and are attached
Sergeant Dyar was notified

## Supplements
No Supplements

## Notifications
| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Shift Supervisor:** | Sergeant Dyar | **Time:** | | **Shift Commander:** | Lieutenant Peterson | **Time:** | |
| **Division Commander:** | Captain Napier | **Time:** | | **Bureau Commander:** | Colonel Carey | **Time:** | |
| **Medical:** | Nurse Yale | **Time:** | 1918 | **Classification:** | N/A | **Time:** | N/A |
| **911:** | | **Time:** | N/A | **Fire Rescue:** | | **Time:** | N/A |
| **DIU:** | N/A | **Time:** | N/A | **Adm Invest Div:** | N/A | **Time:** | N/A |
| **Other:** | N/A | **Time:** | N/A | | | | |

## Other
| | |
|---|---|
| **Disciplinary Report.:** | N |
| **Photo(s)** | Y |
| **Use Of Force:** | N |
| **Acc Injury** | N |
| **Other** | N/A |

## Actions
| Date/Time | User | Action |
|---|---|---|
| 10/4/2023 9:55:41 PM | Deputy Cianca 56746 | Submitted |
| 10/4/2023 9:56:07 PM | Sergeant Dyar 56751 | Level 1 Approved |
| 10/4/2023 11:51:03 PM | Lieutenant Peterson 55629 | Level 2 Approved |

## Attachments
| File Name | Comment | User | Date |
|---|---|---|---|
| IMG_7_07_14 PM-1.jpg | Inmate Williams | Deputy Cianca (56746) | 10/4/2023 7:20:41 PM |
| IMG_7_07_14 PM-2.jpg | Right shoulder | Deputy Cianca (56746) | 10/4/2023 7:37:47 PM |

Print



12/09/2024

Lloyd Williams #1943556
14400 49th St. N
Clearwater, FL 33762

RE: PUBLIC RECORDS REQUEST of December 06, 2024, Reference # P139094-120624.

Dear Lloyd Williams #1943556,

The Pinellas County Sheriff's Office received a public records request from you on December 06, 2024. Your request mentioned:

"Lloyd Williams #1943556 wants the name/information of who transported him to the Pinellas County Jail."

The Pinellas County Sheriff's Office has reviewed its files. Enclosed please find the records responsive to your public records request.

Sincerely,
Angelica Lainez
PRPU Specialist
Public Records Processing Unit



